UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CR-108

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF HEARING |
| JUSTIN KELLY | ) | |

**THIS MATTER** is before the Court upon its own motion. The Court previously scheduled a hearing on the Suppression Motion (Doc. No. 11) in the above-captioned case for June 26, 2012; however, the Court did so in error.

TAKE NOTICE that a hearing on Defendant's Motion to Suppress (Doc. No. 11) before the undersigned United States District Judge, is now to be held at **9:45 a.m.** on **Tuesday, June 19, 2012** in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: June 14, 2012

Frank D. Whitney
United States District Judge